WESTON & McELVAIN LLP
Wynn C. Kaneshiro (State Bar No. 166683)
Patricia A. Daza (State Bar No. 261564)
27520 Hawthorne Blvd., Suite 180
Rolling Hills Estates, CA 90274
Telephone:  (310) 541-8341
Facsimile:   (310) 541-8307
Email:  wckaneshiro@wmattorneys.com

Attorneys for Plaintiff **ST. PAUL FIRE & MARINE INSURANCE COMPANY**

MORALES FIERRO AND REEVES
Ramiro Morales (State Bar No. 167947)
Elizabeth B. Celniker (State Bar No. 211652)
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856
Email: rmorales@mfrlegal.com

Attorneys for Defendant **ACE AMERICAN INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　Defendant. | CASE NO. 2:09-cv-04584-RGK-AGR<br>Assigned To The Hon. Judge R. Gary Klausner<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  June 25, 2009<br>Trial Date:  February 22, 2011 |

///

///

1　　CASE NO. 2:09-cv-04584-RGK-AGR
STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES to this action, through their respective counsel of record, that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1). The parties shall bear their own fees and costs in connection this action.

DATED: December 13, 2010

Respectfully submitted,
WESTON & McELVAIN LLP

_____
Wynn C. Kaneshiro
Patricia A. Daza
Attorneys for PLAINTIFF ST. PAUL FIRE & MARINE INSURANCE COMPANY

DATED: December 8, 2010

Respectfully submitted,
MORALES FIERRO & REEVES

_____
Ramiro Morales
Elizabeth B. Celniker
Attorneys for DEFENDANT ACE AMERICAN INSURANCE COMPANY

**PROOF OF SERVICE**
Case Name: St. Paul Fire v. Ace American Insurance
Case No.: CV 09-04584 RGK (AGRx)

I, Regina Macleod, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 27520 Hawthorne Boulevard, Suite 180, Rolling Hills Estates, California 90274.

On December 15, 2010, I served a copy of the following document:

**STIPULATION RE DISMISSAL WITH PREJUDICE**

By electronically filing the foregoing document with the Clerk of the United States District Court, Central District, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 15, 2010 at Rolling Hills Estates, California.

*/s/ Regina Macleod*
Regina Macleod

**PROOF OF SERVICE**
**Case Name: St. Paul Fire v. Ace American Insurance**
**Case No.: CV 09-04584 RGK (AGRx)**

1
2  Ramiro Morales                                    *Attorneys for Defendants,* Ace
   Elizabeth Celniker                                American Insurance Company
3  Morales Fierro & Reeves
4  2300 Contra Costa Boulevard, Suite 310
   Pleasant Hill, California 94523
5  Telephone:  (925) 288-1776
6  Facsimile:   (925) 288-1856
   E-mail:   rmorales@mfrlegal.com
7             ecelniker@mfrlegal.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28