1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, ) ) ) ) | CASE NO. 2:09-cv-04584-RGK-AGR ASSIGNED TO THE HON, R. GARY KLAUSNER |
| Plaintiff, ) ) | **ORDER RE DISMISSAL WITH PREJUDICE  [JS-6]** |
| vs. ) ) | |
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, ) ) ) ) | Complaint Filed:  June 25, 2009 Trial Date:  February 22, 2011 |
| Defendant. ) ) | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER RE DISMISSAL</u>

Pursuant to the Stipulation of Dismissal, this action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The parties shall bear their own fees and costs in connection with this action.

Dated:  December 17, 2010

_____
Hon. R. Gary Klausner

Submitted by:

WESTON & McELVAIN LLP
Wynn C. Kaneshiro (State Bar No. 166683)
Patricia A. Daza (State Bar No. 261564)
27520 Hawthorne Blvd., Suite 180
Rolling Hills Estates, CA 90274
Telephone:  (310) 541-8341
Facsimile:   (310) 541-8307
Email:  wckaneshiro@wmattorneys.com

Attorneys for Plaintiff **ST. PAUL FIRE &**
MARINE INSURANCE COMPANY

1